United States District Court
Northern District of California

1
2  UNITED STATES DISTRICT COURT
3  NORTHERN DISTRICT OF CALIFORNIA
4

5  ORACLE AMERICA, INC., et al.,

   Plaintiffs,

6
   v.

7
   SMS SYSTEMS MAINTENANCE
8  SERVICES, INC.,

9         Defendant.

Case No. 15-cv-05264-RS

**CLERK'S NOTICE**

10

11  TO ALL PARTIES AND COUNSEL OF RECORD:

12         A Case Management Conference in the instant case shall be held on **February 18,**
13  **2016 at 10:00 a.m.** in Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden
14  Gate Avenue, San Francisco.  The parties shall file a Joint Case Management Statement at least
15  one week prior to the Conference.  See Standing Order Re: Initial Case Management (available at
16  http://www.cand.uscourts.gov/pages/424).  Parties or counsel may appear personally or file a
17  request to appear by telephone.  If any party files such a request, the Case Management
18  Conference shall be moved to 11:00 a.m.  All parties shall appear telephonically and must contact
19  Court Conference at 866/582-6878 at least one week prior to the Conference.

20

21  Dated: December 2, 2015

22         Susan Y. Soong
            Clerk, United States District Court
23

24  By: *Corinne Lew*

25  Corinne Lew, Deputy Clerk to the
    Honorable RICHARD SEEBORG
26  415 522-2123

27
28