MORGAN, LEWIS & BOCKIUS LLP
Thomas S. Hixson (SBN 193033)
thomas.hixson@morganlewis.com
Kevin M. Papay (SBN 274161)
Kevin.papay@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: 415.442.1000
Facsimile: 415.442.1001

ORACLE CORPORATION
Dorian Daley (SBN 129049)
dorian.daley@oracle.com
Deborah K. Miller (SBN 95527)
deborah.miller@oracle.com
500 Oracle Parkway
M/S 5op7
Redwood City, CA 94065
Telephone: 650.506.4846
Facsimile: 650.506.7114

ORACLE CORPORATION
Jeffrey S. Ross (SBN 138172)
jeff.ross@oracle.com
10 Van de Graaff Drive
Burlington, MA 01803
Telephone: 781.744.0449
Facsimile: 781.238.6273

Attorneys for Plaintiffs Oracle America, Inc., and
Oracle International Corporation

Joshua Koltun (Bar No. 173040)
One Sansome Street
Suite 3500, No. 500
San Francisco, California 94104
Telephone: 415.680.3410
Facsimile: 866.462.5959
joshua@koltunattorney.com

MOORE & VAN ALLEN, PLLC
Scott M. Tyler
scotttyler@mvalaw.com
J. Mark Wilson
markwilson@mvalaw.com
100 N. Tryon Street, Suite 4700
Charlotte, NC 28202
Telephone: 704.331.1000
Facsimile: 704.378.1963

*Pro Hac Vice Application to be made forthwith*

Attorneys for Defendant
SMS Systems Maintenance Services, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., a Delaware corporation; ORACLE INTERNATIONAL CORPORATION, a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>SMS SYSTEMS MAINTENANCE SERVICES, INC., a Massachusetts corporation; and DOES 1–50,<br><br>Defendants. | Case No. 3:15-cv-05264-RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING CASE SCHEDULE** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WHEREAS, on November 18, 2015, the Court entered the Order Setting Initial Case Management Conference and ADR Deadlines (Dkt. 7) providing for the following schedule:

- January 26, 2016: deadline for the parties to meet and confer regarding initial disclosures, early settlement, and discovery plan
- February 16, 2016: initial case management conference

WHEREAS, the Order Setting Initial Case Management Conference and ADR Deadlines (Dkt. 7) states, "If the Initial Case Management Conference is continued, the other deadlines are continued accordingly."

WHEREAS, on December 2, 2015, the Clerk's Notice (Dkt. 16) rescheduled the Initial Case Management Conference to February 18, 2016, which effectively modified the deadline for the parties to meet and confer regarding initial disclosures, early settlement, and discovery plan to January 28, 2016;

WHEREAS, the parties have agreed to private mediation scheduled for January 27, 2016;

WHEREAS, the parties propose the following modification to the case schedule to facilitate their mediation scheduled for January 27, 2016;

NOW, THEREFORE, the parties hereby stipulate, and ask the Court to order, as follows:

1. The deadline for the parties to meet and confer regarding initial disclosures and discovery plan is modified to February 4, 2016.
2. All deadlines not addressed here remain as previously ordered.

//
//
//
//
//
//
//
//

NO. 3:15-CV-05264-RS
STIPULATION AND [PROPOSED] ORDER MODIFYING CASE SCHEDULE

DB2/ 28053300.3

1

| | | |
|---|---|---|
| 1 | DATED: January 22, 2016 | MORGAN, LEWIS, & BOCKIUS LLP |
| 2 | | |
| 3 | | By: _____/s/ Thomas S. Hixson_____<br>Thomas S. Hixson<br>Attorneys for Plaintiffs<br>ORACLE AMERICA, INC. and<br>ORACLE INTERNATIONAL<br>CORPORATION |
| 7 | DATED: January 22, 2016 | MOORE & VAN ALLEN, PLLC<br>- and -<br>JOSHUA KOLTUN, ATTORNEY |
| 10 | | By: _____/s/ Joshua Koltun_____<br>Joshua Koltun<br>Attorneys for Defendant<br>SMS SYSTEMS MAINTENANCE<br>SERVICES, INC. |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January 22, 2016

_____
Hon. Richard Seeborg
United States District Judge

NO. 3:15-CV-05264-RS
STIPULATION AND [PROPOSED] ORDER MODIFYING CASE SCHEDULE

DB2/ 28053300.3

2